UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALBERTO RODRIGUEZ
P.O. BOX 1000
OTISVILLE,N.Y.10963
REG # 05448-070 (F.C.I) PLAINTIFF

VS.

Case: 1:07-cv-01856
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/16/2007
Description: FOIA/PRIVACY ACT

PROVIDENCE POLICE DEPARTMENT
325 WASHINGTON STREET
PROVIDENCE,RHODE ISLAND 02903
OFFICERS SCOTT PETROCCHI;
SHAWN KENNEDY;MARTIN HAMES;
DAVID MOSCARELLI;

OFFICE OF INFORMATION AND PRIVACY,
DEPARTMENT OF JUSTICE,
FLAG BUILDING,SUIT 570,
WASHINGTON,D.C.20530-0001.
DEFENDANTS

COMPLAINT

On 11/28/03/ in the city of providence Rhode Island at approximately 12:00 midnight I Alberto Rodriguez was brutally beaten,batterd,humiliated, abused,spit on repeatedly, and left on the ground bleeding wile being handcuffed behind the back, and then framed by corrupted members of the providence police department!

For the truth being,I Alberto Rodriguez pray's,and ask the honorable court in the Name of Justice to grant me a trial by jury to reveal the truth to Justice.

Alberto Rodriguez
Alberto Rodriguez
P.O. Box 1000
Otisville,N.Y.10963

RECEIVED
SEP 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRUTH OF FACTS

On 11/28/03/ in the city of providence Rhode Island, I Alberto Rodriguez was in a vihicle, in which I was given a ride from my ex-mother in law. in the vihicle were several other people,who were all coming from a night club.
the providence police pulled the vihicle over do to the vihicle being wanted for a shots fired incident that accured on 11/3/03/ in the city of providence. at the time I got into the vihicle I was unaware that the car was wanted in question of an incident that accured earlier in the month! when the car was pulled over, I fled from the vihicle to avoid arrest do to a outstanding warrant I had for my arrest for leaving the providence center which was a impatient drug rehabilitation program that I was paroled to from state prison.
I left the Talbot Program on the night of 11/14/03/!
when I fled from the scene the police chased me. I ran for many blocks with police no where near me or in sight! when I was assur of the fact that I had gotten away from police, I hid in a backyard for about 15 minites with police nowhere to be seen! being that I had gotten away from all police for so long I came out of the yard I hid in and began walking down the street as if I was just walking.
as I walked down the street a police cruiser passed by me and turned around in a U-Turn and pulled the car in front of me. the officers then got out of the police cruiser and drew thier weapons from thier holsters and ordered me to the ground at gun point. I was ordered to drop to my knees with my hands up in the air! I did what I was ordered to do by very hostile police officers. the officers then approached me with thier guns pointing at me. one officer approached me from the front with his gun aimed right to my chest, the other officer approached me from behind! the officer that approached me from the front (Scott Petrocchi) hit me over the top of my head with his gun, the other officer that was behind me kicked me in my upper back causing me to fall forward face down.

the officer that was behind me, who kicked me forward held his foot to the back of my neck causing me to be short in breathing wile they handcuffed me. one'ce I was handcuffed the police searched me and took a pair of sunglasses out of my pants pocket from my sunglass case, a pack of Newport cigarettes, and a five dollar bill.
the police became even more violant and agressive, they began to really beat on me while I was handcuffed behind the back!
when other officers arrived, I was really beaten bad! the officers then began to ask me why did I run! the officers would take turns beating me wile others would search the area the entire outside area.
one'ce the police searched the outside area and found nothing, they would beat me and ask me why did I run. to avoid further punishment and pain I told the police the truth! that I was wanted for parole violations for leaving a impatient drug program in which I was paroled to from state prison. the officer who ran the N.C.I.C. Local to see if I was wanted kept inserting the wrong date of birth which caused the warrant to come back negative! so they all kept asking me why did I run.
the police would continue to search the outside area.
I was then transported back to the location where the vihicle was stoped and where the foot chase started. when I arrived the area was full of police. the officers there asked me as well why did I run. I told them the truth that I was a parole violator, they rechecked the N.C.I.C. Local with my date of birth 11/6/67/ which came back wanted for parole violation! THE OFFICERS CONTINUED TO search the outside area. Unfortunately for me the police found a firearm. minites after the police found a gun they began to falsely accuse me of throwing it!
later in the night the fingerprinting expert arrived on scene and was taken to the area where the police saposably found a gun. mysteriously the sunglasses that were taken from my person according to police were about a foot away from the gun! both of these items were fingerprinted for fingerprints! after the police fingerprinted the firearm, they attended back to the police cruiser I was placed into and pulled me out, and searched my person again, and went on to search the entire police cruiser

in search of gloves,and repeatedly swor in violence at me.the police would also continue to search the entire outside area!
I was then transported to police headquaters for further investigation and was falsly charged after being framed by police of possession of a firearm and resisting arrest. my ex-mother in law who was the driver of the vihicle was also taken to police headquaters for investigation and released! after about three to four hours of being locked in the cellblock I was then transported to Roger Williams Hospital where I was treated for my injury's do to police brutality.
officer Scott Petrocchi who injured his hand from the impact of hitting me over the head with his gun, was also being treated at the same time! he was a few rooms down from where I recieved treatment.

Approximately one week after the police beat me and framed me,the person who truly possessed this firearm the police framed me of came forward on her own free will and conffesed the truth! she even gave and made a sworn statement and adopted it as well! she also gave and made many conffessions to members of the justice system! these conffessions and admissions were shield by the assistant attorney for the government Richard W.Rose!
before trial began, I suponoed all dispatch communications threw then court appointed counsel Clin Thomson of the federal public defenders office. However, months after my subponoed I was provided with a tape from the providence police department that was fabricated!
I listened to the tape over and over. the prosecutor Richard Rose turned around months later and used this very same recording I subponoed against me! healso used perjured testimony from the police! the government's attorney wrongly convicted without truth seeking.
I knew if any recordings of police exist, that said anything of me with a gun,I knew they were fabricated!. this fabricated recording,as well as the police perjurouse testimony and other corrupted tactic led to my wrongful conviction and false imprisonment!

I have filed several freedom of information acts,and privacy act request in search of the truth,and have not been provided with anything consistant with my request!
the FOIA/PA did not comply with my request as I requested!
Unfortunately, I was provided with blacked out information that does not partain to my case or request! I have filed many differant appeals and have many differant appeals numbers. Nothing was released to me that I requested in proving the truth to justice!

The evidence I requested from the F.O.I.A./P.A. will demonstrate and prove I was framed by police and brutally beaten!

I am facing the power of government who wrongly convicted without truth seking!
I am the victim of a Rogue prosecutors tragic rush to accuse,wrongly indict,and wrongly convict,without looking into the facts and truth of the facts!

I am enclosing the blacked out information that was released to me from the freedom of information act privacy act.
this information that is blacked out from 8/11/03/ till 11/10/03/ thoes not belong to me! I was in state prison from january of 2000 till leaving the Talbot Residencial Program on 11/14/03/!
I am also enclosing a letter to me from Susan Placanica of the department of justice regarding my request, along with the Document Cover Sheet: Exemptions List and Appeal Rights.

(5)

I Alberto Rodriguez ask the Honorable Court in prayers,to please grant me Release of all information and evidence I requested as I requested it from the freedom of information act privacy act.
The Truth Will be Revealed to Justice!

I have filed several lawsuits in regards of police brutality! one was at the state superior court,and the other was threw the providence external review aothority in providence Rhode Island. Unfortunately, I have not recieved any responce or action!

I seek relief in the amount of 1,000,000 dollars for hospital expensis, Head injury,bodyly pain,suffering,anxiety,and for deprivation of my Liberty to the hands of injustice.

For the truth being,I Alberto Rodriguez prays and respectfully ask the Honorable Court to grant me a trial by jury to reveal the god honest truth to justice.

thank you.

Alberto Rodriguez

Respectful and Truthful
Alberto Rodriguez
(IN GOD WE TRUST)