**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Alberto Rodriguez,<br><br>Plaintiff,<br><br>v.<br><br>Providence Police Department, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-1856 (EGS) |

**ORDER TO SHOW CAUSE**

This matter is before the Court on initial review of the *pro se* complaint. Plaintiff appears to raise civil rights claims arising from his November 2003 arrest by officers of the Providence Police Department and to challenge the response of the United States Department of Justice to a request he submitted under the Freedom of Information Act ("FOIA"), *see* 5 U.S.C. § 552. Although personal jurisdiction and venue for the FOIA claim may be proper either in this Court or in the United States District Court for the District of Rhode Island, *see* 5 U.S.C. §552(a)(4)(B), it does not appear this district is the proper forum for the adjudication of plaintiff's claims against the Rhode Island defendants.

Accordingly, it is hereby

ORDERED that, within 30 days of entry of this Order, Plaintiff shall file with the Court a statement showing why this matter should not be transferred to the United States District Court for the District of Rhode Island.

SO ORDERED.

Signed: EMMET G. SULLIVAN
United States District Judge

Dated: October 22, 2007