# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO: [redacted]

Officer Scott Petrocchi
325 Washington Street
Providence, RI 02903

Civil Action, File Number 07-1856 HCS

Alberto Rodriguez
V.
Providence Police Dept., et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

...nt part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ...rpose. Keep copy 3 for your records.

...NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...other entity, you must indicate under your signature your relationship to that entity. If ...authorized to receive process, you must indicate under your signature your authority.

...1 2 of this form to the sender within ___ days, you (or the party on whose behalf you ...incurred in serving a summons and complaint in any other manner permitted by law.

...of this form, you (or the party on whose behalf you are being served) must answer the ... were sent. If you fail to do so, judgment by default will be taken against you for the

...Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

... OF RECEIPT OF SUMMONS AND COMPLAINT

...ved a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

Copy 4 - USMS District Suspense

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Officer Scott Petrocchi

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery 10-19
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 2510 0003 7140 3104

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

RECEIVED OCT 2 3 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

10-16-07 07-1856

U.S. Department of Justice
United States Marshals Service

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

Civil Action, File Number 07-1856 EGS

TO:
Officers Shawn Kennedy
325 Washington Street
Providence, RI 02903

Alberto Rodriguez
V.
Providence Police Dept.,et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

...ent part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ...urpose. Keep copy 3 for your records.

...NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...r other entity, you must indicate under your signature your relationship to that entity. If ...e authorized to receive process, you must indicate under your signature your authority.

...nd 2 of this form to the sender within ___ days, you (or the party on whose behalf you ...s incurred in serving a summons and complaint in any other manner permitted by law.

... of this form, you (or the party on whose behalf you are being served) must answer the ...ts were sent. If you fail to do so, judgment by default will be taken against you for the

...s Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

...NT OF RECEIPT OF SUMMONS AND COMPLAINT

...ceived a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Officer Shawn Kennedy

10-16-07

2. Article Number (Transfer from service label) 7004 2510 0003 7140 3081

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery 10-17-
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

EGS 07-1856

RECEIVED
OCT 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Department of Justice
United States Marshals Service

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO:
Providence Police Department
325 Washington Street
Providence, RI 02903

Civil Action, File Number 07-1856 EGS

Alberto Rodriguez
V.
Providence Police Department et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

...KNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ... or other entity, you must indicate under your signature your relationship to that entity. If ...re authorized to receive process, you must indicate under your signature your authority.

...and 2 of this form to the sender within ____ days, you (or the party on whose behalf you ...es incurred in serving a summons and complaint in any other manner permitted by law.

...2 of this form, you (or the party on whose behalf you are being served) must answer the ...nts were sent. If you fail to do so, judgment by default will be taken against you for the

...s Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

...NT OF RECEIPT OF SUMMONS AND COMPLAINT

...eived a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

RECEIVED
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Providence Police Dept.

COMPLETE THIS SECTION ON DELIVERY

A. Signature ☒ ☐ Agent ☐ Addressee
B. Received by (Printed Name) Jen Cotterer C. Date of Delivery 10/?
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 2510 0003 7140 3074

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO:
Officers David Moscarelli
325 Washington Street
Porvidence, RI 02903

Civil Action, File Number 07-1856 EGS

Alberto Rodriguez

v.

Providence Police Dept., et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[obscured] ...KNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...r other entity, you must indicate under your signature your relationship to that entity. If ...e authorized to receive process, you must indicate under your signature your authority.

[obscured] ...d 2 of this form to the sender within ____ days, you (or the party on whose behalf you ...s incurred in serving a summons and complaint in any other manner permitted by law.

[obscured] ...of this form, you (or the party on whose behalf you are being served) must answer the ...s were sent. If you fail to do so, judgment by default will be taken against you for the

[obscured] ...Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

[obscured] ...T OF RECEIPT OF SUMMONS AND COMPLAINT

[obscured] ...ived a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Officer David Moscarelli

2. Article Number (Transfer from service label) 7004 2510 0003 7140 3111

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 10-19-

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

RECEIVED
OCT 2 9 2007
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO: Officers Martin Hames
325 Washington Street
Providence, RI 02903

Civil Action, File Number 07-1856 EGS

Alberto Rodriguez

V.

Providence Police Dept., et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

...NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ... other entity, you must indicate under your signature your relationship to that entity. If ... authorized to receive process, you must indicate under your signature your authority.

... 2 of this form to the sender within ____ days, you (or the party on whose behalf you ... incurred in serving a summons and complaint in any other manner permitted by law.

...of this form, you (or the party on whose behalf you are being served) must answer the ... were sent. If you fail to do so, judgment by default will be taken against you for the

...Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (*USMS Official*)

...T OF RECEIPT OF SUMMONS AND COMPLAINT

...ved a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

RECEIVED ... 8 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Officer Martin Hames

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7004 2510 0003 7140 3098

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

BR 07-1856