**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO:
US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington,DC 20530

Civil Action, File Number 07-1856 RCS

Alberto Rodriguez
V.
Porvidence Police Dept. et. al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including ... ur signature your relationship to that entity. If ... indicate under your signature your authority.

... days, you (or the party on whose behalf you ... plaint in any other manner permitted by law.

... ehalf you are being served) must answer the ... by default will be taken against you for the ...

... of Summons and Complaint By Mail was ...

(... IS Official)

... OMPLAINT

... mplaint in the above captioned manner at

07-1856 10-16-07 BB

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: US A General - DOJ

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) OCT 2 3 2007 C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 2510 0003 7140 3128

PS Form 3811, February 2( ... Domestic Return Receipt 102595-02-M-1540

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)