**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Alberto Rodriguez, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1856 (EGS) |
| | ) | |
| Providence Police Department, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**TRANSFER ORDER**

Plaintiff appears to raise civil rights claims arising from his November 2003 arrest by officers of the Providence Police Department and to challenge the response of the United States Department of Justice to a request he submitted under the Freedom of Information Act ("FOIA"), *see* 5 U.S.C. § 552. Although personal jurisdiction and venue for the FOIA claim may be proper either in this Court or in the United States District Court for the District of Rhode Island, *see* 5 U.S.C. §552(a)(4)(B), it does not appear this district is the proper forum for the adjudication of plaintiff's claims against the Rhode Island defendants.

Plaintiff filed a timely response to the Court's October 22, 2007 order to show cause stating his reasons why this matter should not be transferred to the United States District Court for the District of Rhode Island. He does not address the issues of personal jurisdiction and venue. Rather, he asserts that the courts in Rhode Island are "not trustworthy" such that he will "only face further injustice" if this matter were transferred. The Court is not persuaded by plaintiff's arguments.

All the events described in plaintiff's complaint occurred in Rhode Island. It appears that

not only are the defendants found there, but also that witnesses and evidence pertaining to plaintiff's claims are in Rhode Island. For the convenience of the parties and witnesses and in the interest of justice, *see* 28 U.S.C. §§ 1404, 1406, the Court will transfer this action to the United States District Court for the District of Rhode Island.

Accordingly, it is hereby

ORDERED that the October 22, 2007 order to show cause [Dkt. #5] is DISCHARGED. It is further

ORDERED that this civil action is TRANSFERRED to the United States District Court for the District of Rhode Island.

SO ORDERED.

Signed: EMMET G. SULLIVAN
United States District Judge

Dated: November 9, 2007