PROSE−PR, TRANSFERRED, TYPE−I

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:07−cv−01856−EGS

RODRIGUEZ v. PROVIDENCE POLICE DEPARTMENT et al
Assigned to: Judge Emmet G. Sullivan
Demand: $9,999,000
Cause: 05:552 Freedom of Information Act

Date Filed: 10/16/2007
Date Terminated: 11/09/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**ALBERTO RODRIGUEZ**

represented by **ALBERTO RODRIGUEZ**
R05448−070
OTISVILLE
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
OTISVILLE, NY 10963
PRO SE

V.

**Defendant**

**PROVIDENCE POLICE DEPARTMENT**

**Defendant**

**SCOTT PETROCCHI**

**Defendant**

**SHAWN KENNEDY**

**Defendant**

**MARTIN HAMES**

**Defendant**

**DAVID MOSCARELLI**
*Officers*

**Defendant**

**OFFICE OF INFORMATION AND PRICACY**
*DEPARTMENT OF JUSTICE*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2007 | 1 | COMPLAINT against PROVIDENCE POLICE DEPARTMENT, SCOTT PETROCCHI, SHAWN KENNEDY, MARTIN HAMES, DAVID MOSCARELLI, OFFICE OF INFORMATION AND PRICACY filed by ALBERTO RODRIGUEZ. (Attachments: # (1) Civil Cover Sheet)(td, ) Additional attachment(s) added on 10/17/2007 (td, ). (Entered: 10/17/2007) |
| 10/16/2007 | | SUMMONS (8) Issued as to PROVIDENCE POLICE DEPARTMENT, SCOTT PETROCCHI, SHAWN KENNEDY, MARTIN HAMES, DAVID MOSCARELLI, OFFICE OF INFORMATION AND PRICACY, U.S. Attorney and U.S. Attorney General (td, ) (Entered: 10/17/2007) |
| 10/16/2007 | 2 | MOTION for Leave to Proceed in forma pauperis by ALBERTO RODRIGUEZ (td, ) (Entered: 10/17/2007) |
| 10/16/2007 | 3 | PRISONER ACCOUNT STATEMENT by ALBERTO RODRIGUEZ (td, ) (Entered: 10/17/2007) |
| 10/16/2007 | 4 | ORDER directing payments in the amount of $28.33 be deducted from plaintiff's prison account in the account exceeds $10 until th efiling fee is paid in full and ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Signed by Judge Richard W. Roberts on 10/12/07. (td, ) . (Entered: 10/17/2007) |
| 10/22/2007 | 5 | ORDER to show cause, within 30 days of entry of this Order, why this action should not be transferred to the United States District Court for the District of Rhode Island. Signed by Judge Emmet G. Sullivan on 10/22/07. (ms, ) (Entered: 10/22/2007) |
| 10/23/2007 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PROVIDENCE POLICE DEPARTMENT, SCOTT PETROCCHI, SHAWN KENNEDY, MARTIN HAMES &DAVID MOSCARELLI served on 10/19/2007, answer due 11/8/2007. (jf, ) (Entered: 10/26/2007) |
| 10/29/2007 | 7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 10/23/07. (jf, ) (Entered: 10/30/2007) |
| 11/05/2007 | 8 | Civil Statement from ALBERTO RODRIGUEZ. (jf, ) (Entered: 11/06/2007) |
| 11/09/2007 | 9 | ORDER TRANSFERRING PRO SE CASE to the United States District Court for the District of Rhode Island. Signed by Judge Emmet G. Sullivan on 11/9/07. (ms, ) (Entered: 11/09/2007) |
| 12/05/2007 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney on 10/31/2007. (lc, ) (Entered: 12/06/2007) |
| 12/31/2007 | | Case transferred out to the USDC of Rhode Island, pursuant to Court Order entered 11/09/07. Sent to Court by electronically. (jf) (Entered: 12/31/2007) |