David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Robert R. Henry
Chief Deputy Clerk

March 28, 2008

Susan J. Schrier

vs. C.A. No. 08-33S

Michael J. Astrue, Commissioner
Social Security Administration

Counselors:

Expedited disposition of Social Security cases best serves the interest of the petitioner who is, invariably, critically in need of relief. Appeals to me result in substantial delay because the case must take its place on the calendar.

I ask you to consider a consensual transfer to the Magistrate Judge whose order can then be appealed directly to the First Circuit. As it now stands the appeal of the Magistrate's Order to me is simply a delaying interim step that lacks finality. Of course, no such reference can be made without the consent of all parties.

I urge you to consider consenting to transfer this case to the United States Magistrate Judge pursuant to U.S.C. Sec. 636(c) and Fed.R.Civ. 73. Please execute the enclosed form and return same to the clerk's office within ten (10) days of the receipt of this letter. If both sides agree, you will be so advised and informed of the name of the hearing Magistrate.

Very truly yours,

William E. Smith
U.S. District Judge