## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

ALBERTO RODRIGUEZ,
Plaintiff

v.                                          C.A. No. 08-03 S

PROVIDENCE POLICE DEPARTMENT,
ET AL.,
Defendants

### ORDER

The Reports and Recommendations of United States Magistrate Judge Jacob Hagopian filed on June 23, 2009, in the above-captioned matter are all accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed, Plaintiff's Motion for Default Judgment (Document #15) is DENIED; Defendant's Motion to Dismiss for Lack of Jurisdiction or in the Alternative for Summary Judgment (Document #19) is DENIED without prejudice to the United States Defendant being allowed to resubmit a Motion to Dismiss and/or for Summary Judgment; and DISMISSING the case against Defendants Providence Police Department and the individual officers, as frivolous and with prejudice.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 7/14/09